# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o AMERICAN COMBUSTION INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD ACCIDENT AND INDEMNITY CO., <br><br> Defendant. | NO. 3:13-CV-0865 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 1st day of December, 2017, **IT IS HEREBY ORDERED** that Hartford Accident and Indemnity Company's Motion to Stay (Doc. 39) is **DENIED**.

 /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge